| | | |
|---|---|---|
| TANISIA BOWMAN, on behalf of herself and all others similarly situated, | ) | **United States District Court** |
| | ) | **Northern District of Illinois** |
| Plaintiffs, | ) | Case No.: 1:26-cv-1926 |
| v. | ) | |
| Gotham Bagels, Inc., | ) | **NOTICE OF SETTLEMENT** |
| Defendant. | ) | |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: May 1, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Michael Ohrenberger**
By: Michael Ohrenberger
4903 Avenue N,
Brooklyn, NY 11234
O: 844-731-3343
Tel: 716-281-5496
Email: mohrenberger@ealg.law